# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**United States of America** )
vs. ) Case No. 1:07CR00192-4 AWI
**John Richard Shanks** )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___John Richard Shanks___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the following condition: You shall seek and/or maintain employment and provide proof thereof to the Pretrial Services Officer upon request;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 2-07-10          _____ 2/8/2010
Signature of Defendant    Date                Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    _____ 2/8/2010
Signature of Assistant United States Attorney                            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    _____ 2/08/10
Signature of Defense Counsel                                             Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on
[ ] The above modification of conditions of release is *not* ordered.

_____                    _____ 2/9/10
Signature of Judicial Officer   SM SNYDER                                Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services